**FILED**

11/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0606

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 19-0606

_____

IN THE MATTER OF:
Z.L.
a Youth.

_____

**ORDER GRANTING EXTENSION**

_____

Before the Court is the Unopposed Motion of Appellant, Z.L., for an

extension of time, until November 18, 2020, to file and serve his Reply Brief.

Upon review of Appellant's Unopposed Motion, the Court hereby grants

Appellee's Motion for an Extension of time. The Appellee's Reply Brief shall be

filed and served on or before November 18, 2020.

No further extensions will be granted.

Dated this the ___ day of November, 2020.



By: _____



Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 4 2020